UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REMEDIAL ENVIRONMENTAL MANPOWER INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PHILADELPHIA INDEMNITY )<br>INSURANCE COMPANY, )<br>)<br>Defendant. ) | Case No: 26-cv-2194 |

**UNOPPOSED MOTION OF DEFENDANT PHILADELPHIA INDEMNITY INSURANCE COMPANY FOR EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING**

COMES NOW Defendant, PHILADELPHIA INDEMNITY INSURANCE COMPANY ("PIIC"), by and through its undersigned attorneys, TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP, hereby moves this Court for an Order extending the time to file its Responsive Pleading for fourteen (14) days. In support of its Motion, Defendant states as follows:

1. On January 21, 2026, Plaintiff REMEDIAL ENVIRONMENTAL MANPOWER, INC. ("Remedial"), filed the Complaint in the instant lawsuit in the Circuit Court of Cook County, Chancery Division, under case number 2026 CH 00528. (Doc #1, Exhibit 1).

2. On February 5, 2026, the Complaint was served on PIIC through the Illinois Department of Insurance.

3. On February 26, 2026, Defendant PIIC properly removed the instant lawsuit to this Court. (Doc #1).

4. Pursuant to Rule 81(c)(2) of the Federal Rules of Civil Procedure, PIIC's responsive pleading is due on March 5, 2026.

5. Due to the current workload and a planned vacation of counsel for PIIC, PIIC respectfully request that this Court grant an extension of time to file their Responsive Pleading an additional 14 days, to March 19, 2026.

6. Counsel for PIIC contacted counsel for Plaintiff regarding this request and counsel does not oppose this extension of time.

7. No prior extensions have been requested by PIIC.

8. Granting this extension of time will not result in any undue delay of these proceedings or prejudice the parties.

WHEREFORE, Defendant, PHILADELPHIA INDEMNITY INSURNACE COMPANY ("PIIC") respectfully requests that this Court enter an Order granting its Motion for Extension of Time to File their Responsive Pleading up to and including March 19, 2026, and for such other and further relief as the Court deems just and proper under the circumstances.

Respectfully submitted,

/s/ Brian C. Bassett
Brian C. Bassett
*One of the attorneys for Philadelphia Indemnity Insurance Company*

Brian C. Bassett (6285714)
Laura Schroeder (6342847)
Traub Lieberman Straus & Shrewsberry LLP
71 S. Wacker Drive, Suite 2110
Chicago, IL 60606
Tel: 312-332-3900
Fax: 312-332-3908
bbassett@tlsslaw.com
lschroeder@tlsslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2026, I electronically filed the above with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

>/s/ Brian C. Bassett
Brian C. Bassett
*One of the attorneys for Philadelphia Indemnity Insurance Company*

Brian C. Bassett (6285714)
Laura Schroeder (6342847)
Traub Lieberman Straus & Shrewsberry LLP
71 S. Wacker Drive, Suite 2110
Chicago, IL 60606
Tel: 312-332-3900
Fax: 312-332-3908
bbassett@tlsslaw.com
lschroeder@tlsslaw.com